**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cr277**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **RASHARD DEAN BOYD.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendant's *pro se* letter (#27), in which he raises concerns as to effective assistance of counsel. See L.Cr.R. 47.1(H). As defendant most recently appeared before Honorable David C. Keesler, United States Magistrate Judge, for the purpose of entering a plea and represented to Judge Keesler that he was satisfied with the services of his attorney, the court will refer such *pro se* motion to Judge Keesler for further inquiry and disposition. See Transcript of Plea, ¶ 32 (#26)

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* letter (#27) is **REFERRED** to Judge Keesler for further inquiry and disposition.

Signed: November 19, 2011

Max O. Cogburn Jr.
United States District Judge